J. P. BENJAMIN, Assignee of Louis Florian Hermann, a Bankrupt, *v.* DENIS PRIEUR, Recorder of Mortgages for the Parish of Orleans.

APPEAL from the Parish Court of New Orleans, *Maurian,* J.
*Benjamin,* pro se.
*Roselius* and *Grymes,* for the appellant.
MORPHY, J. This case presents the same question as that of F. B. Conrad, assignee, praying for a mandamus, *ante,* p. 49, and must receive the same decision, on the same grounds.

*Judgment affirmed.*